FILED
ASHEVILLE, N.C.
95 FEB 15 PM 4:00
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:95CR31-mu |
| ) | |
| v. ) | |
| ) | Vio: Title 21, U.S.C. §§ |
| (01) MARCUS DEVARD MASSEY ) | 841(a)(1); 846; 860; |
|     Counts 1-5 ) | |
| (02) ERIC CREIGHTON SAMPSON ) | Title 18, U.S.C. §§ |
|     a/k/a "Big E" ) | 2, 922(g)(1); 924(a)(2); |
|     Count 1 ) | 924(c)(1). |
| (03) CEDRIC LAMONT DEAN ) | |
|     a/k/a "Ced" ) | |
|     Counts 1, 4, 5, 6, ) | |
| (04) JAMES THOMAS SWEAT ) | |
|     a/k/a "J.T." ) | |
|     Count 1 ) | |
| (05) EDDIE RODRIGUEZ LITTLE ) | |
|     a/k/a "Man" ) | |
|     Count 1 ) | |
| (06) MACK LAMONT HOPPER ) | |
|     a/k/a "Puff" ) | |
|     Count 1 ) | |

THE GRAND JURY CHARGES:

COUNT ONE

That from on or about January 1, 1992, and continuing to the present,

        MARCUS DEVARD MASSEY
        ERIC CREIGHTON SAMPSON
          a/k/a/ "Big E"
        CEDRIC LAMONT DEAN
          a/k/a "Ced"
        JAMES THOMAS SWEAT
          a/k/a/ "J.T."
        EDDIE RODRIGUEZ LITTLE
          "a/k/a "Man"
        MACK LAMONT HOPPER
          a/k/a "Puff"

did knowingly, willfully and unlawfully combine, conspire, confederate and agree with one another and others, both known and unknown to the Grand Jury, to unlawfully possess with intent to

United States v. Marcus Devard Massey, et al.
Docket No. 3:95CR31

distribute, and distribute, a quantity of cocaine and cocaine base, Schedule II narcotic controlled substances, a violation of Title 21, United States Code, Section 841(a)(1), and, did knowingly, willfully and unlawfully combine, conspire, confederate and agree with one another and others, both known and unknown to the Grand Jury, to possess with intent to distribute and to distribute, a quantity of cocaine and cocaine base within 1,000 feet of a playground, and housing facility owned by a public housing authority, that is, Southside Homes and Boulevard Homes, located in Charlotte, North Carolina, a violation of Title 21, United States Code, Section 860, an during the course and in furtherance of the conspiracy, a member of the conspiracy did commit or cause to be committed, within the Western District of North Carolina, at least one overt act in furtherance of the conspiracy, a violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about November 20, 1992, in Charlotte, Mecklenburg County, within the Western District of North Carolina,

### MARCUS DEVARD MASSEY

did knowingly, willfully, and unlawfully possess with intent to distribute, and did aid and abet others in the possession with intent to distribute cocaine and cocaine base, Schedule II narcotic controlled substances, all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about November 20, 1992, in Mecklenburg County, within the Western District of North Carolina,

### MARCUS DEVARD MASSEY

during and in relation to a drug trafficking crime, to wit: conspiracy to possess with intent to distribute and to distribute cocaine and cocaine base, for which the defendant may be prosecuted in a court of the United States, did knowingly use and carry a firearm, and did aid and abet others in the use and carrying of said firearm, in violation of Title 18, United States Code, Sections 924(c)(1) and 2.

## COUNT FOUR

On or about August 17, 1994, in Charlotte, Mecklenburg County, within the Western District of North Carolina,

United States v. Marcus Devard Massey, et al.
Docket No. 3:95CR31

MARCUS DEVARD MASSEY
CEDRIC LAMONT DEAN

did knowingly, willfully, and unlawfully possess with intent to distribute, and did aid and abet others in the possession with intent to distribute, cocaine and cocaine base, Schedule II narcotic controlled substances, all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about August 17, 1994, in Mecklenburg County, within the Western District of North Carolina,

MARCUS DEVARD MASSEY
CEDRIC LAMONT DEAN

during and in relation to a drug trafficking crime, to wit: conspiracy to possess with intent to distribute and to distribute cocaine and cocaine base, for which the defendants may be prosecuted in a court of the United States, did knowingly use and carry firearms, and did aid and abet others in the use and carrying of said firearms, in violation Title 18, United States Code, Sections 924(c)(1) and 2.

## COUNT SIX

On or about January 20, 1995, in Mecklenburg County, within the Western District of North Carolina,

CEDRIC LAMONT DEAN

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: robbery with a dangerous weapon, on or about October 7, 1988, in the Mecklenburg County Superior Court, did knowingly, willfully and unlawfully possess a firearm in and affecting interstate or foreign commerce,

United States v. Marcus Devard Massey, et al.
Docket No.  3:95CR31

that is, a Bryco .9mm, semi-automatic pistol, model 59, and did aid
and abet others therein, in violation of Title 18, United States
Code, Sections 922(g)(1) and 924(a)(2) and 2.

                              A TRUE BILL:

                              REDACTED NAME

                              FOREMAN


MARK T. CALLOWAY
UNITED STATES ATTORNEY


_____
GRETCHEN C.F. SHAPPERT
ASSISTANT UNITED STATES ATTORNEY

4

Case 3:95-cr-00031-MOC     Document 8     Filed 02/15/95     Page 4 of 4