UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:94CR31-MU |
| ) | |
| v. ) | INFORMATION PURSUANT TO |
| ) | TITLE 21, U.S.C. §841(b) |
| MARCUS DEVARD MASSEY, ET AL. ) | |

NOW COMES the United States of America, by and through Mark T. Calloway, United States Attorney for the Western District of North Carolina, pursuant to Title 21, United States Code, Section 841(b), and files this Information with the Court setting forth the amount of controlled substances the government contends was involved as follows:

Count One:   in excess of 5 kilograms of cocaine base
Count Two:   approximately 3.5 ounces of cocaine base
Count Four:  approximately 8 ounces of cocaine base

The United States reserves the right to amend the above alleged amount at any time, without notice to the defendant, up to and including the date of sentencing. For sentencing purposes, the above alleged amount specifically does not include other relevant conduct or drugs which may be considered by the Court pursuant to Sentencing Guidelines §§1B1.3, 2D1.1 Application Note 12, and 2D1.4.

Respectfully submitted, this 17th day of February, 1995.

MARK T. CALLOWAY
UNITED STATES ATTORNEY

GRETCHEN C.F. SHAPPERT
ASSISTANT UNITED STATES ATTORNEY

