TRULINCS 11907058 - DEAN, CEDRIC LAMONT - Unit: RBK-N-B

RECEIVED
Charlotte, NC

FEB - 2 2016

Clerk, US District Court
Western District NC

FROM: 11907058
TO:
SUBJECT: Docket No. 0419 3:95CR00031-003 - Document 391
DATE: 01/28/2016 04:53:34 PM

Judge Cogburn:

Thanks for the September 16, 2015 sentence reduction and state credit.

In your September 16, 2015 order, you stated: "the court has considered the totality of the circumstance as gleaned from the Supplement, defendant's Objections and exhibits, and the government's Response." Pursuant to Federal Rules Criminal Procedure (Rule) 32(f)(3), at sentencing, the court: (A) "may accept any undisputed portion of the presentence report as a finding of fact."

I would like to know if the court accepted all [undisputed] findings of the July 29, 2015 Supplement Presentence Report Pursuant to Guideline Amendment 782 as [findings of fact] in its September 16, 2015 order.

Please have the Clerk provide a written Response to this question.

Thanks for your consideration of this request.

Respectfully Submitted,

Cedric Dean, Reg. No. 11907-058
FCI Ray Brook
P.O. Box 900
Ray Brook, NY 12977