UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-00031-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **CEDRIC LAMONT DEAN,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on a pro se letter from defendant filed February 2, 2016. In that letter, defendant demands a "written response" to his question of "the court accepted all undisputed findings of the July 29, 2015 Supplement[al] Presentence Report … in its September 16, 2015 Order." Letter (#402) (original brackets deleted) at 1. Defendant is advised that courts do not issue advisory opinions on what a previous Order meant and that the September 16, 2015, Order (#399) *granting* his motion for credit for time served speaks for itself. Defendant should discuss any questions he may have about that Order or what it meant with Ms. Rauscher, who appears to remain his attorney of record.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief in his Letter (#402), such relief is **DENIED**.

Signed: February 5, 2016



Max O. Cogburn Jr.
United States District Judge