UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-00031-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CEDRIC LAMONT DEAN,** | ) | |
| | ) | |
| Defendant(s). | ) | |

THIS MATTER is before the court on defendant's Motion for Reconsideration of the court's Order resolving his Amendment 782 motion. Close review of that motion reveals that defendant may instead be contesting how the Bureau of Prisons is implementing the court's sentence as amended. If that is the case, then defendant would need to file his motion in the district of confinement, not this court, under § 2241. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that the government file a Response to defendant's Motion for Reconsideration of the court's Order resolving his Amendment 782 motion (#406) within 14 days.

Signed: May 6, 2016

Max O. Cogburn Jr.
United States District Judge