UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-00031-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CEDRIC LAMONT DEAN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion to Correct Sentence Pursuant to Fed. R. Crim. P. 35(a). Inasmuch as the time to correct a Judgment under Rule 35(a) has run, the court has considered the motion under Rule 36, which allows the court to correct a Judgment for clerical error or for error arising from oversight at any time. Fed.R.Crim.P. 36. Based on the facts presented in the motion, it appears that, through administrative oversight, an unnecessary *limitation* was placed on the period that defendant could participate in a Residential Reentry Center Program, resulting in a clerical error in Section III of the Court's Order Regarding Motion for Sentence Reduction (#399). To be clear, it was and is the intent of this Court that defendant, who has been incarcerated for approximately 20 years, receive the benefits of participating in the Residential Reentry Program to the full extent BOP authorities deem appropriate.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Correct Sentence Pursuant to Fed. R. Crim. P. 35(a) (#410) is **GRANTED**, and Section III of the Court's "Order Regarding Motion for Sentence Reduction" (#399) is **AMENDED** in accordance with Rule 36, Federal Rules of Criminal Procedure, to provide as follows:

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Office prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Resident Reentry Center for a period **of at least 90 days**, with work release, at the direction of the U.S. Probation Office.

Signed: February 15, 2017

Max O. Cogburn Jr.
United States District Judge