UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-31-3

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CEDRIC LAMONT DEAN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Rule 35 Motion. Having considered the government's motion and reviewed the pleadings, the court finds that the government's proposal is acceptable, in light of the reasons provided in the motion. Counsel for defendant has been consulted, and she concurs in the motion as well as the expedited relief proposed. With no hearing or oral argument necessary, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Rule 35 Motion (#413) is **GRANTED**, and defendant's remaining sentence is reduced to **TIME SERVED,** with all other conditions of the Judgment, as amended, remaining in effect.

**IT IS FURTHER ORDERED** that the Clerk of Court certify copies of this Order to defendant, defendant's counsel, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 28, 2017



Max O. Cogburn Jr
United States District Judge