UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-CR-00031-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CEDRIC LAMONT DEAN,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Early Termination of Supervised Release. Defendant's supervising officer has indicated that he concurs in the requested release and the United States Attorney has deferred to the Probation Officer's judgment, reasoning that such officer is in a better position to assess the need for further supervision.

The Court has carefully considered the request over the past few weeks, solicited input from the United States Probation Office and the United States Attorney, and concludes based on all the materials now before it that defendant is a good candidate for early termination. The Court notes that in allowing this exceptional relief, it has been impressed with defendant's compliance with the terms of supervision and his meaningful, positive impact on his community since his release. Clearly, defendant has made a successful transition and has again become a valuable and trusted member of our community. Defendant is encouraged to continue with those efforts after termination of supervision.

Based on such determinations and careful review of the record before it, the Court enters the following Order.

1

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Supervised Release (#415) is **GRANTED**, and defendant's Supervised Release is, therefore, **TERMINATED** as successfully completed.

Signed: December 13, 2018

Max O. Cogburn Jr
United States District Judge